Exhibit G

Robert W. Norman (SBN 025328)
bnorman@houser-law.com
Solomon S. Krotzer (SBN 027985)
skrotzer@houser-law.com
HOUSER & ALLISON
A Professional Corporation
2929 N. Central Avenue, Suite 1560
Phoenix, Arizona 85012
Ph: (480) 428-8370
Fax: (480) 428-8371

Attorneys for Defendant Mountain America Federal Credit Union

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF ARIZONA

| Tyler Cook, | Case No. 2:18-cv-01548 |
|---|---|
| Plaintiff, | Honorable H. Russel Holland |
| vs. | **DECLARATION OF CATHERINE BATES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| Mountain America Federal Credit Union; Experian Information Solutions, Inc.; Equifax Information Services, LLC; TransUnion, LLC; and Financial Assistance, Inc. | |
| Defendants. | |

I, Catherine Bates, pursuant to 28 U.S.C. § 1746, make the following declaration under penalty of perjury:

1. I am a duly-authorized representative of Mountain America Federal Credit Union ("MACU").

2. I make this Declaration in support of MACU's Motion for Summary Judgment and Statement of Facts in the above-captioned matter.

3. I attended the 30(b)(6) Deposition of MACU on December 10, 2018.

4. In preparing this Declaration, I reviewed business records related to MACU Account Number 9575583 which is currently designated as a "charged off loan" and relates to a debt owed by Tyler Cook to MACU ("Debt").

5. Attached is a true and correct copy of a screen printout generated from MACU's database showing pertinent information about the Debt.[1]

6. In the regular performance of my job functions, I am familiar with business records maintained by MACU. These records (which include but are not limited to, data compilations, electronically imaged documents, and others) are made at or near the time of events or activities reflected in such records by, or from information provided by, persons with knowledge of the activities and the transaction reflected in such records, and are kept in the course of business activity conducted regularly by MACU. It is the regular practice of MACU to create and maintain these records, and MACU's business depends on the accuracy of such records (hereinafter "Records").

7. In connection with making this Declaration, I have personally examined the Records associated with the Debt. As a result of this review, I know all of the facts set forth in this Declaration of my own personal knowledge and if called and sworn as a witness could competently testify thereto.

I. **COLLECTION EFFORTS AND AGREEMENT WITH FINANCIAL ASSISTANCE.**

8. From reviewing MACU's Collection Notes, I can attest that MACU took efforts to collect the Debt in 2015 through its internal collections department.[2]

9. After MACU's internal collection efforts were unsuccessful, the Debt was designated as a "Charged Off Loan" in MACU's system.

---

[1] Cook Loan IQ is attached as **Exhibit A**.
[2] Collection Notes attached as **Exhibit B**.

10. The "Charge Off Date" was November 2, 2015, and the "Charge Off Type" was "16" which means "deficiency after repossession."

11. The original "Charge Off Amount" was $14,115.63. However, in December 2015 a refund of the unearned service contract in the amount of $464 was credited to the Cook account, reducing the balance owing to $13,651.63.

12. MACU had previously entered into a "Collection Agreement" with Financial Assistance dated May 21, 2014 that encompassed many accounts including the Cook account.[3]

13. Under the Collection Agreement, Financial Assistance would credit report the Debt after 60 days.

14. Other than what is set forth in the Collection Agreement, MACU had no control over how Financial Assistance reported any given account to the credit bureaus, including the Cook account.

15. From reviewing the Records, I can attest that MACU has owned the Debt since at least May 6, 2013, and continues to own the Debt, and at no time since 2013 has the Debt been owned by any entity other than MACU.

## II.    METRO CODES SUBMITTED BY MACU.

16. MACU furnished information to the credit bureaus using a language called "Metro."

17. "Metro" is the only way MACU can furnish information to the credit reporting agencies, as there are no other credit reporting options.

18. MACU furnished a single loan record, or tradeline, to the credit bureaus. MACU did not furnish a duplicate account or duplicate information – rather, MACU furnished the information as shown in the spreadsheets attached as **Exhibit D**.[4]

---

[3] A true and correct copy of the Collection Agreement is attached as **Exhibit C**.
[4] True and correct copies of spreadsheets prepared showing the Metro codes from September 2017 to August 2018 are attached as **Exhibit D**.

19. From September 2017 to August 2018, the "current balance" was reported as "13651" which was also the amount past due "13651." This is consistent with MACU's internal records.

20. The Account Status field was reported with Code "97" which indicates the account is "charged off." This is consistent with MACU's internal records.

21. The Portfolio Type field was reported with code "I" which indicates "installment account." This is consistent with MACU's internal records.

22. The Account Type field was reported as "00" which indicates auto loan. This is consistent with MACU's internal records.

23. The Payment History field was reported as "L" which indicates the debt had been charged off previously. This is consistent with MACU's internal records.

24. The Special Comment Code was reported with "BK" which indicates "Involuntary Repossession With A Balance Owing." This is consistent with MACU's internal records.

25. The date of first delinquency was reported as April 15, 2015. This is consistent with MACU's internal records.

26. The ECOA field was reported with the Code "1" which indicates the account was an "individual" account meaning only Tyler Cook was liable for the Debt. This is consistent with MACU's internal records.

27. In addition to reviewing the pertinent Records, I personally reviewed and prepared MACU's responses to several Automated Consumer Dispute Verifications ("ACDVs") from the credit bureaus concerning MACU's reporting of the Debt via a web-based system called Online Solution for Complete and Accurate Reporting or "e-OSCAR"). A computer generated document showing information about these disputes is attached as **Exhibit E**.[5]

---

[5] Spreadsheet of eOSCAR Disputes attached as **Exhibit E**.

1

2

28. From reviewing MACU's Records, I can attest that a true and accurate summary

of MACU's responses is as follows:

| Date | From | Person Responding | Substance of Response |
|---|---|---|---|
| 11/07/2017 | TransUnion | Cathy Bates | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 11/10/2017 | Experian | Cathy Bates | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 11/13/2017 | Equifax | Rene Canizalez | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 12/11/2017 | Equifax | Cathy Bates | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 12/12/2017 | TransUnion | Rene Canizalez | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 12/13/2017 | Experian | Rene | Response issued through same channel with Response Code 1. |

| | | Canizalez | Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
|---|---|---|---|
| 01/11/2018 | TransUnion | Cathy Bates | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 01/12/2018 | Equifax | Rene Canizalez | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 02/22/2018 | Equifax | Cathy Bates | Response issued through same channel with Response Code 1. Response Code 1 is defined in e-OSCAR as, 'Account information accurate as of date reported'. |
| 02/22/2018 | TransUnion | Cathy Bates | Response issued through same channel with Response Code 23. Response Code 23 is defined in e-Oscar as 'Disputed Information accurate. Updated account information unrelated to dispute.' |
| 07/19/2018 | Experian | Cathy Bates | Response issued through same channel with Response Code 23. Response Code 23 is defined in e-Oscar as 'Disputed Information accurate. Updated account information unrelated to dispute.' |

29. Before each of these responses was transmitted through e-OSCAR, MACU employees, including myself, thoroughly reviewed the Cook account, and verified that all information transmitted to the credit bureaus was accurate.

30. Specifically, as is my customary practice, I performed the following steps: First, I confirmed the member's (Tyler Cook) information, including name, address, and social security number. Second, I reviewed Loan ID to confirm the date the account was opened, the loan amount and the current status of the account. Third, I read through the entire collection package to verify the dates that the account became delinquent, confirmed the balance owing, and also confirmed the collection actions. Fourth, I verified in the comments of the collection package the date that the obligation was internally charged off and sent to a third-party collector for collection. Fifth, I verified the reporting dates to confirm that they matched to what MACU was reporting. Finally, if I had discovered discrepancies I would have made appropriate changes. However, concerning my review of the Cook account as outlined above, I did not discover any discrepancies.

Executed on _May 21_ 2019.

Catherine Bates
Mountain America Federal Credit Union

Page 7 of 7

Exhibit A to
Declaration of Catherine Bates

**Page 1**     **Account** ▮▮▮▮ **Loan 60 Revision**     **09/06/2018**

| | | | |
|---|---|---|---|
| Description: | CHARGED OFF LOAN | Loan Balance: | 13,651.63 |
| Loan Type: | 57 INDIRECT USED AUTO FIXED RATE | Original Balance: | 28,720.66 |
| Loan ID: | 0060 | Credit Limit: | 0.00 |
| Loan Code: | 0 Closed end | Available Credit: | 0.00 |
| Activity Date: | 12/22/2015 | Cash Advance Limit: | 0.00 |
| Check Digits: | | Available Cash Advance: | 0.00 |
| Reference: | | Balance Transfer Limit: | 0.00 |
| Nickname: | | Available Balance Transfer: | 0.00 |
| | | Combined CA/BT Limit: | 0.00 |
| Branch: | 56 | Available Combined CA/BT: | 0.00 |
| Created By User: | 817 | Credit Limit Expiration: | __/__/____ |
| Created At Branch: | 26 | Available Credit Calculation: | 0 Revolving |
| Loan Purpose: | 2 | Credit Limit Group: | 0 |
| Coupon Code: | 0 Normal | Amount Advanced: | 29,110.66 |
| VIN #: | ▮▮▮▮▮ | Last Advance Date: | 06/11/2015 |
| MFOEL ID: | 0 | | |
| Note Number: | 00I1 | Beginning Year Balance: | 13,651.63 |
| MICR Account Number: | | Prev Beginning Year Balance: | 13,651.63 |
| | | | |
| Last Payment Date: | 12/22/2015 | Payment: | 0.00 |
| First Payment Date: | 03/16/2013 | Alternate Payment: | 0.00 |
| Payment Type: | 0 Level payment | Alternate Pmt Effective: | __/__/____ |
| Payment Method: | 0 Cash | Alternate Pmt Expiration: | __/__/____ |
| Payment Frequency: | 04 Monthly | Partial Payment: | 0.00 |
| Original Loan Date: | 03/06/2013 | Unapplied Partial Payment: | 0.00 |
| Open Date: | 03/06/2013 | Stmt Unapplied Partial Pmt: | 0.00 |
| Close Date: | __/__/____ | Allow Unapplied Partial Pmt: | 0 No |
| | | | |
| Due Day 1: | 16 | Last FM Date: | 11/07/2017 |
| Due Day 2: | 0 | Record Change Date: | 09/01/2018 |
| Due Date: | 04/16/2015 | Last Transaction Date: | 12/22/2015 |
| | | Last Purge Date: | 01/31/2018 |
| Max Loan Due Date: | __/__/____ | Collateral Code: | 2 |
| New Loan Due Date Code: | 00 No change | Collateral Date: | __/__/____ |
| Due Date Advance Code: 0 Use Max Due Date Advance Period | | Approval Code: | 415 |
| Max Due Date Advance Period: | 0 | Approval Date: | 03/05/2013 |
| Initial BCD Setting Option: 0 Use Current Cycle Due Date - 1... | | | |
| BCD Day 1: | 17 | Military APR Loan: | 0 No |
| BCD Day 2: | 0 | Universal Loan Identifier 1: | |
| Beginning Cycle Date: | 08/17/2018 | Universal Loan Identifier 2: | |
| | | Calculate Universal Loan ID: | |
| | | | |
| Balloon Date: | __/__/____ | Statement Group: | 1 |
| Balloon Amount: | 0.00 | Statement Mail Code: | 00 Normal |
| Maturity Date: | 04/16/2020 | Statement Date: | 08/31/2018 |
| | | Statement Previous Date: | 07/31/2018 |

**Payments:**

| | | | |
|---|---|---|---|
| Payment Calc Type: | 0000 No Change | | |
| Payment Skips: | 0 | | |
| Payment Skip Start Day: | 0 | | |
| Payment Application Method: | 0000 Standard | | |
| Payment Count: | 84 | | |
| Payments Made: | 44 | | |
| FASB 91 Alternate Term: | 0 | | |
| 11- 30 Days DQ: | 8 | | |
| 31- 60 Days DQ: | 6 | | |
| 61- 90 Days DQ: | 1 | | |
| 91-120 Days DQ: | 1 | | |
| 121 and up Days DQ: | 2 | | |
| Fees/Charges Posting Option: 0 Not used for this Payment A... | | | |

**Interest Information:**

| | |
|---|---|
| Interest Payoff Calculation: | 0 Not used for this Interest Type |
| Interest Type: | 0 |
| Interest Rate: | 0.000% |
| Interest Date: | 12/22/2015 |
| Interest Unpaid: | 0.00 |
| Int Unpaid Billed: | 0.00 |
| Interest Paid YTD: | 0.00 |
| Interest Paid Last Year: | |
| Interest From Open: | 2,832.86 |
| Stmt Interest From Open: | 2,832.86 |
| Split Rate: | 0.000% |
| Split Rate Balance: | 0.00 |
| Variable Rate Indicator: | 0 Fixed Rate |
| Interest Rate Index: | 00 Fixed Rate |

**CONFIDENTIAL**

**MACU 00106**

| Page 2 | Account ▇▇▇▇ | Loan 60 Revision | 09/06/2018 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Stmt Fees YTD: | 0.00 | Interest Rate Margin: | 0.000% |
| Stmt Fees Last Year: | 0.00 | Interest Rate Margin Sign: | 0 Positive margin |
| Fees YTD: | 0.00 | Interest Rate Minimum: | 0.000% |
| Fees YTD No Adj: | 0.00 | Interest Rate Maximum: | 0.000% |
| Fees Last Year: | 0.00 | Risk Rate: | 0.000% |
| Fees Last Yr No Adj: | 0.00 | Int Paid To Date: | __/__/____ |
| Stmt Max Late Fee: | 0.00 | Int Paid To Partial: | 0.00 |
| Stmt Max Penalty APR: | 0.000% | Discount Rate: | 0.000% |
| Current Statement Period Fees: | 0.00 | Periodic Cap: | 0.000% |
| Previous Statement Period Fees: | 0.00 | Periodic Cap Start Rate: | 0.000% |
| Current Stmt Interest Accrued: | 0.00 | Periodic Cap Start Date: | __/__/____ |
| Previous Stmt Interest Accrued: | 0.00 | Periodic Cap Frequency: | 0 Annual |
| MAPR Current Stmt Int Accrued: | 0.00 | Round Rate To: | 0.000% |
| Statement Escrow Unpaid: | 0.00 | Rate Rounding Method: | 2 Round to Nearest |
| DQ Notice Type: | 0 | Amortization Term: | |
| DQ Notice: | 9 | Original Rate: | 5.500% |
| DQ Notice Date: | 03/27/2015 | APR: | 5.500% |
| DQ Card Date: | 03/27/2015 | Effective APR: | 0.000% |
| DQ Calculation Method: 0 Payment buckets only contain cha... | | Prepaid Finance Chg: | 0.00 |
| Early Intervention Notice Date: | __/__/____ | Original Unamortized Fees: | 0.00 |
| Charge Off Date: | 11/02/2015 | Unamortized Fees: | 0.00 |
| Charge-off Type: | 16 | Points YTD: | 0.00 |
| Charge-off Amount: | 14,115.63 | Points Last Year: | 0.00 |
| Refund Post Code: | 0 To Share | Prepayment Penalty: | 0 No |
| Refund YTD: | 0.00 | Prepayment Penalty Exp Date: | __/__/____ |
| Refund Last Year: | 0.00 | Next Rate Change Date: | __/__/____ |
| Principal YTD: | 0.00 | Rate Change Cycle Months: | 0 |
| Principal Last Year: | 0.00 | Schd Rate Change Date: | __/__/____ |
| Principal Paid From Open: | 15,459.03 | Schd Rate: | 0.000% |
| Stmt Principal YTD: | 0.00 | Schd Split Balance: | 0.00 |
| Stmt Principal Last Year: | 0.00 | Schd Split Rate: | 0.000% |
| Stmt Principal Paid From Open: | 15,459.03 | Schd Cap Start Rate: | 0.000% |
| Minimum Balance: | 0.00 | Schd Cap Start Date: | __/__/____ |
| Minimum Advance: | 0.00 | Amortization Schedule: | 0 |
| Reg E Count: | 0 | Amortize Schd Type: | 0 Local |
| Secured Code: | 0 Not pledged | Call Item Schedule: | 0 |
| Secured Amount: | 0.00 | Call Item Schd Type: | 0 Local |
| FASB 91 Code: | 0 | Put Item Schedule: | 0 |
| Refinance Balance: | 0.00 | Put Item Schd Type: | 0 Local |
| Refinance Date: | __/__/____ | Current Int Payable: | 0.00 |
| Refinance Counter: | 0 | Current Mth Paid Int: | 0.00 |
| | | MTD Paid Interest: | 0.00 |
| **Late Charge Information:** | | 01 Mth Pre Int Paid: | 0.00 |
| Late Charge Type: | 0 | 02 Mth Pre Int Paid: | 0.00 |
| Late Charge Date: | 10/27/2015 | 03 Mth Pre Int Paid: | 0.00 |
| Late Charge Accrued: | 0.00 | MTD Accrued Int: | 0.00 |
| Late Charge Unpaid: | 0.00 | 01 Mth Pre Int Accr: | 0.00 |
| Late Charge YTD: | 0.00 | 02 Mth Pre Int Accr: | 0.00 |
| Late Chg YTD No Adj: | 0.00 | 03 Mth Pre Int Accr: | 0.00 |
| Late Charge Last Yr: | 0.00 | MTD Accumulated Int: | 0.00 |
| Late Chg Last Yr No Adj: | 0.00 | 01 Mth Pre Int Accm: | 0.00 |
| Late Charge Paid From Open: | 165.63 | 02 Mth Pre Int Accm: | 0.00 |
| Waived Late Charge YTD: | 0.00 | 03 Mth Pre Int Accm: | 0.00 |
| Waived Late Charge Last Yr: | 0.00 | 04 Mth Pre Int Accm: | 0.00 |
| Waived Late Charge From Open: | 0.00 | 05 Mth Pre Int Accm: | 0.00 |
| Stmt Late Charge YTD: | 0.00 | 06 Mth Pre Int Accm: | 0.00 |
| Stmt Late Charge Last Yr: | 0.00 | 07 Mth Pre Int Accm: | 0.00 |
| Stmt Late Charge Pd From Open: | 165.63 | 08 Mth Pre Int Accm: | 0.00 |
| Statement Late Charge Unpaid: | 0.00 | 09 Mth Pre Int Accm: | 0.00 |
| | | 10 Mth Pre Int Accm: | 0.00 |
| NSF Month to Date: | 0 | 11 Mth Pre Int Accm: | 0.00 |
| NSF Year to Date: | 0 | 12 Mth Pre Int Accm: | 0.00 |

**CONFIDENTIAL**

MACU 00107

**Page 3**  **Account** ▮▮▮▮▮  **Loan 60 Revision**  **09/06/2018**

| | | | |
|---|---|---|---|
| NSF Last Year: | 0 | MTD Prior Rate Accr: | 0.00 |
| | | Last Accr Updt Date: | __/__/____ |
| Fee Count 1: | 0 | | |
| Fee Count 2: | 0 | **Accrual Information:** | |
| Fee Count 3: | 0 | Ledger Accrual: | 0.00 |
| Fee Count 4: | 0 | Ledger Accrual Date: | __/__/____ |
| | | Accrual Status: | 0 Accrual |
| **Insurance Information:** | | GL Accrual Status Option: | 0 Use DQ Days, Auto Resume |
| Insurance Type: | 0 | Last Accrual Reversal: | 0.00 |
| Insurance Maximum: | 0.00 | Last Accrual Reversal Date: | __/__/____ |
| Insurance Balance: | 0.00 | Total Accrual Reversal: | 0.00 |
| Insurance YTD: | 0.00 | Accr Reinstatement Date: | __/__/____ |
| Insurance YTD No Adj: | 0.00 | | |
| Insurance Last Year: | 0.00 | **ARM Notice Information:** | |
| Insurance Last Yr No Adj: | 0.00 | ARM Notice: | 0 Not applicable |
| Sgl Prem Life: | 0.00 | Initial ARM Notice: | 0 Not applicable |
| Sgl Prem Disability: | 0.00 | Init ARM Notice Creation Date: | __/__/____ |
| Original Insurance Type: | 0 | Last ARM Notice Creation Date: | __/__/____ |
| First Insured Birth Date: | __/__/____ | | |
| Second Insured Birth Date: | __/__/____ | | |
| | | **Escrow Information:** | |
| **PMI Information:** | | Escrow ID: | |
| Original Value: | 0.00 | Escrow Amount: | 0.00 |
| Purchase Price: | 0.00 | Escrow Unpaid: | 0.00 |
| PMI Appraised Value: | 0.00 | Escrow Applied: | 0.00 |
| PMI Loan To Value Ratio: | 0.000% | | |
| High Risk Loan: | 0 No | **Property Information:** | |
| | | Occupancy Type: | 0 Not applicable |
| Mortgage Ins Collected YTD: | 0.00 | Property Address Type: | 0 Same as primary member address |
| Mortgage Ins Collected Last Yr: | 0.00 | Property Jurisdiction: | |
| Mortgage Ins Paid YTD: | 0.00 | Assessor Parcel Number: | |
| Mortgage Ins Paid Last Yr: | 0.00 | Number of Mortgaged Properties: | 0 |
| **Credit Reporting Information:** | | | |
| ECOA Code: | 01 Individual (Verified) | Pmt Bucket Amt 1: | 0.00 |
| Credit Reporting Code: | 97 | Pmt Bucket Due Date 1: | __/__/____ |
| Credit Report Comment: | BK | Billed Fee Bucket Amt 1: | 0.00 |
| Credit Report Number: | ▮▮▮▮▮ | Escrow Bucket Amt 1: | 0.00 |
| Credit Report Last Status: | 97 | Pmt Bucket Amt 2: | 0.00 |
| Credit Report Occurrence: | 04/15/2015 | Pmt Bucket Due Date 2: | __/__/____ |
| Credit Report Consumer Info: | | Billed Fee Bucket Amt 2: | 0.00 |
| Credit Rpt Consumer Date: | __/__/____ | Escrow Bucket Amt 2: | 0.00 |
| Credit Rpt Deferred Pmt Start: | __/__/____ | Pmt Bucket Amt 3: | 0.00 |
| Credit Report Compliance Info: | | Pmt Bucket Due Date 3: | __/__/____ |
| Credit Score Type: | 0 | Billed Fee Bucket Amt 3: | 0.00 |
| Credit Score: | 668 | Escrow Bucket Amt 3: | 0.00 |
| Bureau Score Experian: | 0 | Pmt Bucket Amt 4: | 0.00 |
| Bureau Score Equifax: | 0 | Pmt Bucket Due Date 4: | __/__/____ |
| Bureau Score Transunion: | 0 | Billed Fee Bucket Amt 4: | 0.00 |
| Original Risk Grade: | | Escrow Bucket Amt 4: | 0.00 |
| CR Interest Type Indicator: | | Pmt Bucket Amt 5: | 0.00 |
| Last CR Reporting Date: | 09/01/2018 | Pmt Bucket Due Date 5: | __/__/____ |
| CR Highest Balance: | 28,720.66 | Billed Fee Bucket Amt 5: | 0.00 |
| CR Transfer Indicator: | 0 Do not send | Escrow Bucket Amt 5: | 0.00 |
| CR Transfer Name: | | Pmt Bucket Amt 6: | 0.00 |
| CR Transfer Date: | __/__/____ | Pmt Bucket Due Date 6: | __/__/____ |
| Current CR Pmt History: | L | Billed Fee Bucket Amt 6: | 0.00 |
| CR Pmt History 01: | L | Escrow Bucket Amt 6: | 0.00 |
| CR Pmt History 02: | L | Pmt Bucket Amt 7: | 0.00 |
| CR Pmt History 03: | L | Pmt Bucket Due Date 7: | __/__/____ |
| CR Pmt History 04: | L | Billed Fee Bucket Amt 7: | 0.00 |
| CR Pmt History 05: | L | Escrow Bucket Amt 7: | 0.00 |

**MACU 00108**

**CONFIDENTIAL**

**Page 4**                    **Account** ▮▮▮▮   **Loan 60 Revision**                **09/06/2018**

| | | | |
|---|---|---|---|
| CR Pmt History 06: | L | Pmt Bucket Amt 8: | 0.00 |
| CR Pmt History 07: | B | Pmt Bucket Due Date 8: | __/__/____ |
| CR Pmt History 08: | B | Billed Fee Bucket Amt 8: | 0.00 |
| CR Pmt History 09: | B | Escrow Bucket Amt 8: | 0.00 |
| CR Pmt History 10: | B | | |
| CR Pmt History 11: | B | | |
| CR Pmt History 12: | B | Fee Billing Date: | __/__/____ |
| CR Pmt History 13: | B | Fee Billing Amount: | 0.00 |
| CR Pmt History 14: | B | Billed Fee Unpaid: | 0.00 |
| CR Pmt History 15: | B | Billed Fee YTD: | 0.00 |
| CR Pmt History 16: | B | Billed Fee YTD No Adj: | 0.00 |
| CR Pmt History 17: | B | Billed Fee Last Year: | 0.00 |
| CR Pmt History 18: | B | Billed Fee Last Yr No Adj: | 0.00 |
| CR Pmt History 19: | B | | |
| CR Pmt History 20: | B | | |
| CR Pmt History 21: | B | **Mortgage Agency Information:** | |
| CR Pmt History 22: | B | Mortgage Identification Number: | |
| CR Pmt History 23: | B | Agency Identifer: | 0 Not applicable |
| CR Pmt History 24: | B | Agency Account Number: | |

**Mortgage Stmt Messages/Notes:**

| | | | |
|---|---|---|---|
| Temp Loss Mit Effective Date: | __/__/____ | Acceleration Good Thru Date: | __/__/____ |
| Temp Loss Mit Expiration Date: | __/__/____ | Acceleration Amount: | 0.00 |
| Temp Loss Mit Stmt Msg Code: | 0000 None | Acceleration Stmt Msg Code: | 0000 None |
| Temp Loss Mit Payment: | 0.00 | Reinstatement Good Thru Date: | __/__/____ |
| Temp Loss Mit Pmt Stmt Msg Cde: | 0000 None | Reinstatement Amount: | 0.00 |
| Regular Payment Stmt Msg Code: | 0000 None | Reinstatement Stmt Msg Code: | 0000 None |
| | | Send Final Charge Off Stmt: | 0 No |
| Curr Stmt Temp LossMit AmtDue: | 0.00 | Final Charge Off Stmt Date: | __/__/____ |
| Prev Stmt Temp LossMit AmtDue: | 0.00 | Final Chg Off Stmt Msg Code: | 0000 None |
| | | Foreclosure Effective Date: | __/__/____ |
| Statement Note Start Date: | __/__/____ | Foreclosure Expiration Date: | __/__/____ |
| | | Foreclosure Stmt Msg Code: | 0000 None |
| Bankruptcy Chapter Reported: | 0 None | | |

| | | | |
|---|---|---|---|
| Warning 01 Code: | 002 DELINQUENT LOAN | Warning 01 Expiration: | 07/12/2017 |
| Warning 02 Code: | 000 <None> | Warning 02 Expiration: | __/__/____ |
| Warning 03 Code: | 000 <None> | Warning 03 Expiration: | __/__/____ |
| Warning 04 Code: | 000 <None> | Warning 04 Expiration: | __/__/____ |
| Warning 05 Code: | 000 <None> | Warning 05 Expiration: | __/__/____ |
| Warning 06 Code: | 000 <None> | Warning 06 Expiration: | __/__/____ |
| Warning 07 Code: | 000 <None> | Warning 07 Expiration: | __/__/____ |
| Warning 08 Code: | 000 <None> | Warning 08 Expiration: | __/__/____ |
| Warning 09 Code: | 000 <None> | Warning 09 Expiration: | __/__/____ |
| Warning 10 Code: | 000 <None> | Warning 10 Expiration: | __/__/____ |
| Warning 11 Code: | 000 <None> | Warning 11 Expiration: | __/__/____ |
| Warning 12 Code: | 000 <None> | Warning 12 Expiration: | __/__/____ |
| Warning 13 Code: | 000 <None> | Warning 13 Expiration: | __/__/____ |
| Warning 14 Code: | 000 <None> | Warning 14 Expiration: | __/__/____ |
| Warning 15 Code: | 000 <None> | Warning 15 Expiration: | __/__/____ |
| Warning 16 Code: | 000 <None> | Warning 16 Expiration: | __/__/____ |
| Warning 17 Code: | 000 <None> | Warning 17 Expiration: | __/__/____ |
| Warning 18 Code: | 000 <None> | Warning 18 Expiration: | __/__/____ |
| Warning 19 Code: | 000 <None> | Warning 19 Expiration: | __/__/____ |
| Warning 20 Code: | 000 <None> | Warning 20 Expiration: | __/__/____ |

| | | | |
|---|---|---|---|
| Service 1: | 4 | Student Loan Code: | 0 Not a student loan |
| Service 2: | 0 | Student Covered End: | __/__/____ |
| Service 3: | 0 | Student Loan Org Fee YTD: | 0.00 |
| Service 4: | 0 | Student Loan Org Fee LYr: | 0.00 |
| Service 5: | 0 | Student Loan Cap Int YTD: | 0.00 |
| Service 6: | 0 | Student Loan Cap Int LYr: | 0.00 |

**MACU 00109**

**CONFIDENTIAL**

**Page 5**  |  **Account** ▮▮▮▮▮  |  **Loan 60 Revision**  |  **09/06/2018**

| | | | |
|---|---|---|---|
| Service 7: | 0 | Pull Fields From App: | |
| Service 8: | 0 | Loan Calc Screen: | |
| | | CU Totals Code: | 0 Use record in credit union totals |
| | | Application ID: | 0000 |
| | | | |
| Dealer Code: | 1374 | Lease Termination Date: | __/__/____ |
| Dealer Reserve: | 574.41 | Lease Termination Fee: | 0.00 |
| Sales Tax Rate: | 0.000% | | |
| Sales Tax State Indicator: | 0 No State Tax | State Sales Tax Rate: | 0.000% |
| Sales Tax County Indicator: | 0 No County Tax | County Sales Tax Rate: | 0.000% |
| Sales Tax City Indicator: | 0 No City Tax | City Sales Tax Rate: | 0.000% |
| Lessee State: | | Dealer State: | |
| Lessee County: | | Dealer County: | |
| Lessee City: | | Dealer City: | |
| | | | |
| Promo 1 Type: | 0 | Promo 2 Type: | 0 |
| Promo 1 Effective Date: | __/__/____ | Promo 2 Effective Date: | __/__/____ |
| Promo 1 Expiration Date: | __/__/____ | Promo 2 Expiration Date: | __/__/____ |
| Promo 1 Rate Type: | 0 Fixed | Promo 2 Rate Type: | 0 Fixed |
| Promo 1 Rate: | 0.000% | Promo 2 Rate: | 0.000% |
| Promo 1 Rate Offset: | 0.000% | Promo 2 Rate Offset: | 0.000% |
| Promo 1 Rate Minimum: | 0.000% | Promo 2 Rate Minimum: | 0.000% |
| Promo 1 Rate Maximum: | 0.000% | Promo 2 Rate Maximum: | 0.000% |
| Promo 1 Total Advances: | 0.00 | Promo 2 Total Advances: | 0.00 |
| Promo 1 Advance Cutoff: | 0.00 | Promo 2 Advance Cutoff: | 0.00 |
| Promo 1 Balance: | 0.00 | Promo 2 Balance: | 0.00 |
| | | | |
| Member User Transfer Code: | 0 | Participation Number: | |
| Corporate User Transfer Code: | 0 | SBA GP Number: | |
| Dealer Number: | | Reserve Plan ID: | |

**Combination Loan Fields:**

| | | | |
|---|---|---|---|
| Average Weighted Int Rate: | 0.000% | Seg 0 Pmt Bucket Amt 1: | 0.00 |
| Combo Segment Max: | 3 | Seg 0 Pmt Bucket Amt 2: | 0.00 |
| Combo Payment Order Method: 0 Use Segment Payment Or... | | Seg 0 Pmt Bucket Amt 3: | 0.00 |
| Combo Seg 0 Payment Order: 0 Seg 0 Sorted Among Segme... | | Seg 0 Pmt Bucket Amt 4: | 0.00 |
| New Segment Cutoff Option: | 0 Number of Days | Seg 0 Pmt Bucket Amt 5: | 0.00 |
| New Segment Cutoff Days: | 0 | Seg 0 Pmt Bucket Amt 6: | 0.00 |
| Seg 0 Description: | | Seg 0 Pmt Bucket Amt 7: | 0.00 |
| Seg 0 Balance: | 13,651.63 | Seg 0 Pmt Bucket Amt 8: | 0.00 |
| Seg 0 Int Unpaid: | 0.00 | | |
| Seg 0 Int Unpaid Billed: | 0.00 | Seg 0 Current Stmt Int Accr: | 0.00 |
| Seg 0 Interest Paid YTD: | 0.00 | Seg 0 Previous Stmt Int Accr: | 0.00 |
| Seg 0 Interest Paid Last Year: | 0.00 | | |
| Seg 0 Payment: | 0.00 | | |
| Seg 0 Partial Payment: | 0.00 | | |
| Seg 0 Level Prin Pmt: | 0.00 | | |
| Seg 0 Payment Order: | 0 | | |
| Seg 0 Beginning Cycle Date: | 08/17/2018 | | |

**Fee Capping:**

| | | | |
|---|---|---|---|
| Capped Fees Amount Cap: | 0.00 | Capped Fees Amount This Period: | 0.00 |
| Capped Fees Count Cap: | 0 | Capped Fees Count This Period: | 0 |

**Credit CARD Act:**

| | | | |
|---|---|---|---|
| Overlimit Fee Event Date: | __/__/____ | Decline Chk Axs Fee Event Date: | __/__/____ |
| Late Fee Event Date: | __/__/____ | Return Payment Fee Event Date: | __/__/____ |

**Credit Card Information:**

| | | | |
|---|---|---|---|
| Stmt CC Interest Billed YTD: | 0.00 | CA/BT Trans Int Chg Billed YTD: | 0.00 |
| CC Interest Billed YTD: | 0.00 | CC Interest Billed Last Year: | 0.00 |

MACU 00110

**CONFIDENTIAL**

| | | | |
|---|---|---|---|
| Cred Card Promo Effect 2: | __/__/____ | Cred Card Promo Effect 6: | __/__/____ |
| Cred Card Promo Effect 3: | __/__/____ | Cred Card Promo Effect 7: | __/__/____ |
| Cred Card Promo Effect 4: | __/__/____ | Cred Card Promo Effect 8: | __/__/____ |
| Cred Card Promo Effect 5: | __/__/____ | Cred Card Promo Effect 9: | __/__/____ |

| | | | |
|---|---|---|---|
| PU Int Charge: | 0.00 | Statement New Balance: | 0.00 |
| PU Old Int Unpaid: | 0.00 | Statement Old Balance: | 0.00 |
| PU New Int Unpaid: | 0.00 | | |
| PU Old Balance: | 0.00 | | |
| PU Average Balance: | 0.00 | Fee Old Balance: | 0.00 |
| PU New Balance: | 0.00 | Fee New Balance: | 0.00 |
| PU Pmt Since Last Stmt: | 0.00 | Fee Pmt Since Last Stmt: | 0.00 |
| PU Add-on Since Last Stmt: | 0.00 | Fee Add-on Since Last Stmt: | 0.00 |

| | | | |
|---|---|---|---|
| CA Int Charge: | 0.00 | BT Int Charge: | 0.00 |
| CA Old Int Unpaid: | 0.00 | BT Old Int Unpaid: | 0.00 |
| CA New Int Unpaid: | 0.00 | BT New Int Unpaid: | 0.00 |
| CA Trans Int Charge: | 0.00 | BT Trans Int Charge: | 0.00 |
| CA Old Balance: | 0.00 | BT Old Balance: | 0.00 |
| CA Average Balance: | 0.00 | BT Average Balance: | 0.00 |
| CA New Balance: | 0.00 | BT New Balance: | 0.00 |
| CA Pmt Since Last Stmt: | 0.00 | BT Pmt Since Last Stmt: | 0.00 |
| CA Add-on Since Last Stmt: | 0.00 | BT Add-on Since Last Stmt: | 0.00 |

| | | | |
|---|---|---|---|
| PU Old Balance 2: | 0.00 | PU Old Balance 6: | 0.00 |
| PU Average Balance 2: | 0.00 | PU Average Balance 6: | 0.00 |
| PU New Balance 2: | 0.00 | PU New Balance 6: | 0.00 |
| PU Pmt Since Last Stmt 2: | 0.00 | PU Pmt Since Last Stmt 6: | 0.00 |
| PU Add-on Since Last Stmt 2: | 0.00 | PU Add-on Since Last Stmt 6: | 0.00 |

| | | | |
|---|---|---|---|
| CA Old Balance 2: | 0.00 | CA Old Balance 6: | 0.00 |
| CA Average Balance 2: | 0.00 | CA Average Balance 6: | 0.00 |
| CA New Balance 2: | 0.00 | CA New Balance 6: | 0.00 |
| CA Pmt Since Last Stmt 2: | 0.00 | CA Pmt Since Last Stmt 6: | 0.00 |
| CA Add-on Since Last Stmt 2: | 0.00 | CA Add-on Since Last Stmt 6: | 0.00 |

| | | | |
|---|---|---|---|
| BT Old Balance 2: | 0.00 | BT Old Balance 6: | 0.00 |
| BT Average Balance 2: | 0.00 | BT Average Balance 6: | 0.00 |
| BT New Balance 2: | 0.00 | BT New Balance 6: | 0.00 |
| BT Pmt Since Last Stmt 2: | 0.00 | BT Pmt Since Last Stmt 6: | 0.00 |
| BT Add-on Since Last Stmt 2: | 0.00 | BT Add-on Since Last Stmt 6: | 0.00 |

| | | | |
|---|---|---|---|
| PU Old Balance 3: | 0.00 | PU Old Balance 7: | 0.00 |
| PU Average Balance 3: | 0.00 | PU Average Balance 7: | 0.00 |
| PU New Balance 3: | 0.00 | PU New Balance 7: | 0.00 |
| PU Pmt Since Last Stmt 3: | 0.00 | PU Pmt Since Last Stmt 7: | 0.00 |
| PU Add-on Since Last Stmt 3: | 0.00 | PU Add-on Since Last Stmt 7: | 0.00 |

| | | | |
|---|---|---|---|
| CA Old Balance 3: | 0.00 | CA Old Balance 7: | 0.00 |
| CA Average Balance 3: | 0.00 | CA Average Balance 7: | 0.00 |
| CA New Balance 3: | 0.00 | CA New Balance 7: | 0.00 |
| CA Pmt Since Last Stmt 3: | 0.00 | CA Pmt Since Last Stmt 7: | 0.00 |
| CA Add-on Since Last Stmt 3: | 0.00 | CA Add-on Since Last Stmt 7: | 0.00 |

| | | | |
|---|---|---|---|
| BT Old Balance 3: | 0.00 | BT Old Balance 7: | 0.00 |
| BT Average Balance 3: | 0.00 | BT Average Balance 7: | 0.00 |
| BT New Balance 3: | 0.00 | BT New Balance 7: | 0.00 |
| BT Pmt Since Last Stmt 3: | 0.00 | BT Pmt Since Last Stmt 7: | 0.00 |
| BT Add-on Since Last Stmt 3: | 0.00 | BT Add-on Since Last Stmt 7: | 0.00 |

| | | | |
|---|---|---|---|
| PU Old Balance 4: | 0.00 | PU Old Balance 8: | 0.00 |

**MACU 00111**

**CONFIDENTIAL**

**Page 7**                     **Account** █████████  **Loan 60 Revision**                          **09/06/2018**

| | | | |
|---|---|---|---|
| PU Average Balance 4: | 0.00 | PU Average Balance 8: | 0.00 |
| PU New Balance 4: | 0.00 | PU New Balance 8: | 0.00 |
| PU Pmt Since Last Stmt 4: | 0.00 | PU Pmt Since Last Stmt 8: | 0.00 |
| PU Add-on Since Last Stmt 4: | 0.00 | PU Add-on Since Last Stmt 8: | 0.00 |
| | | | |
| CA Old Balance 4: | 0.00 | CA Old Balance 8: | 0.00 |
| CA Average Balance 4: | 0.00 | CA Average Balance 8: | 0.00 |
| CA New Balance 4: | 0.00 | CA New Balance 8: | 0.00 |
| CA Pmt Since Last Stmt 4: | 0.00 | CA Pmt Since Last Stmt 8: | 0.00 |
| CA Add-on Since Last Stmt 4: | 0.00 | CA Add-on Since Last Stmt 8: | 0.00 |
| | | | |
| BT Old Balance 4: | 0.00 | BT Old Balance 8: | 0.00 |
| BT Average Balance 4: | 0.00 | BT Average Balance 8: | 0.00 |
| BT New Balance 4: | 0.00 | BT New Balance 8: | 0.00 |
| BT Pmt Since Last Stmt 4: | 0.00 | BT Pmt Since Last Stmt 8: | 0.00 |
| BT Add-on Since Last Stmt 4: | 0.00 | BT Add-on Since Last Stmt 8: | 0.00 |
| | | | |
| PU Old Balance 5: | 0.00 | PU Old Balance 9: | 0.00 |
| PU Average Balance 5: | 0.00 | PU Average Balance 9: | 0.00 |
| PU New Balance 5: | 0.00 | PU New Balance 9: | 0.00 |
| PU Pmt Since Last Stmt 5: | 0.00 | PU Pmt Since Last Stmt 9: | 0.00 |
| PU Add-on Since Last Stmt 5: | 0.00 | PU Add-on Since Last Stmt 9: | 0.00 |
| | | | |
| CA Old Balance 5: | 0.00 | CA Old Balance 9: | 0.00 |
| CA Average Balance 5: | 0.00 | CA Average Balance 9: | 0.00 |
| CA New Balance 5: | 0.00 | CA New Balance 9: | 0.00 |
| CA Pmt Since Last Stmt 5: | 0.00 | CA Pmt Since Last Stmt 9: | 0.00 |
| CA Add-on Since Last Stmt 5: | 0.00 | CA Add-on Since Last Stmt 9: | 0.00 |
| | | | |
| BT Old Balance 5: | 0.00 | BT Old Balance 9: | 0.00 |
| BT Average Balance 5: | 0.00 | BT Average Balance 9: | 0.00 |
| BT New Balance 5: | 0.00 | BT New Balance 9: | 0.00 |
| BT Pmt Since Last Stmt 5: | 0.00 | BT Pmt Since Last Stmt 9: | 0.00 |
| BT Add-on Since Last Stmt 5: | 0.00 | BT Add-on Since Last Stmt 9: | 0.00 |

**Credit Card CA/BT Limiting Information:**

| | | | |
|---|---|---|---|
| CA Percent: | 100.000% | Total Fee Balance to Date: | 0.00 |
| CA Limit Max: | 0.00 | Total PU Balance to Date: | 0.00 |
| BT Percent: | 100.000% | Total CA Balance to Date: | 0.00 |
| BT Limit Max: | 0.00 | Total BT Balance to Date: | 0.00 |
| Combined CA/BT Percent: | 100.000% | | |
| Combined CA/BT Limit Max: | 0.00 | | |

**OVL Service Opt-In Information:**

| | | | |
|---|---|---|---|
| OVL Opt-In? | 0 No | OVL Statement Disclosure Fee: | 0.00 |
| OVL Auth/Fee Option: | 0 Auth/Fee Allowed | OVL Trn Billing Cycle Count 1: | 0 |
| OVL Auth/Fee Eff Date: | __/__/____ | OVL Trn Billing Cycle Count 2: | 0 |
| OVL Previous Auth/Fee Option: | 0 Auth/Fee Allowed | OVL Trn Billing Cycle Count 3: | 0 |

**Custom Fields:**

| | |
|---|---|
| GAP/MMP: | 2 |
| Loan Info: | |
| Amount Advanced at year end: | 29,110.66 |
| Custom notice date: | 04/02/2015 |

MACU 00112

CONFIDENTIAL

Exhibit B to
Declaration of Catherine Bates

Collection Notes for Account ████████                                      08/29/2018

03/19/2018  4:04p  User 238   Loan 60
RCVD CONSUMER DISPUTE FROM FAI VERIF
DEBT RESPONDED"THESE TERMS ARE CORRECT"
SNT TO JIM VIA EMAIL AND COPY TO
SCANNING LISAS

02/05/2018  4:13p  User 238   Loan 60
rcvd consumer dispute from fai verified
debt responded"These terms are correct"
sent to jim via email and copy to
scanning lisas

01/10/2018  3:37p  User 1195  Loan 60
LTR DISPUTE; FROM CRDIT REPAIR ORG. REGS
DO NOT REQUIRE C.U.TO RESPOND:
IN ACCORDANCE WITH THE FAIR CREDIT
REPORTING ACT 222.43 (b)(2)
MOUNTAIN AMERICAN CREDIT UNION IS NOT
REQUIRED TO INVESTIGATE OR RESPOND TO
CREDIT DISPUTES RECEIVED BY A CREDIT
REPAIR ORGANIZATION; CBATES

01/09/2018  8:24a  User 238   Loan 60
rcvd consumer dispute from fai verified
debt responded back "These terms are
correct" snt back to jim via email and
copy to scanning lisas

01/02/2018  3:37p  User 238   Loan 60
rcvd consumer dispute from fai verified
c/o responded "These terms are correct"
emailed back to jim and sent to scanning
lisas

12/13/2017  11:12a  User 2020  Loan 60
SENT DOC COPIES TO MIKE AT FAI AS
REQUESTED. -HA

12/06/2017  10:53a  User 238   Loan 60
RCVD CONSUMER DISPUTE FROM FAI VERIF
DEBT RESPONDED "THESE TERMS ARE CORRECT"
SENT BACK VIA EMAIL TO JIM AND COPY TO
SCANNING LISAS

12/06/2017  10:52a  User 238   Loan 60
RCVD CONSUMER DISPUTE FROM FAI VERIF
DEBT RESPONDED "THESE TERMS ARE CORRECT"
SENT BACK VIA EMAIL TO JIM AND COPY TO
SCANNING LISAS

12/24/2015  12:30p  User 74    Loan 60
rcvd signed green card(dar). sent to
scanning. amy

12/23/2015  4:08a  User 904   Loan 60
Payment of 464.00 made on 12/22/15.

10/28/2015  4:05a  User 904   Loan 60
Payment of 5.00 made on 10/27/15
toward a 412.69 payment due on
03/16/15. Loan delinquent for 226 days.

10/15/2015  10:56a  User 1611  Loan 60
CALLED  ██████████  ID JESSICA
CALLED  ██████████  ID TYLER L/M

**CONFIDENTIAL**                              **MACU 00341**

EMAILED tjcook2010@gmail.com

** CBC

[REDACTED]        (CELL) CALLED GODD #
                  ID COOK RES L/M
                  (CELL)# ON FILE
                  DISC

Address 1
6920 S 54TH LN
LAVEEN, AZ 85339-6956
Date First Received 10/18/09

213DD - PATTI

**09/29/2015 12:27p User 1611 Loan 60**
CALLED [REDACTED]       ID JESSICA L/M
EMAILED [REDACTED]
SENT 180 DEMAND LETTER
197DD - PATTI

**09/29/2015 12:26p User 1611**
180+ DEMAND LETTER LETTER SENT
LETTER SENT 09/29/2015

**09/15/2015  5:21p User 237  Loan 60**
L 60  DEL 183
CALLED (RES) [REDACTED]    L/M
EMAILED...CR

**09/01/2015  1:53p User 1611 Loan 60**
CALLED [REDACTED]       ID JESSICA L/M
EMAILED [REDACTED]

169DD - PATTI

**08/04/2015  2:34p User 74   Loan 60**
no cpi to refund. amy

**08/04/2015  3:37a User 904  Loan 60**
Payment of 8,835.00 made on 08/03/15
toward a 412.69 payment due on
03/16/15. Loan delinquent for 141 days.

**08/03/2015  3:59p User 74   Loan 60**
SOLD AT AUCTION. RCVD CK $8835.00 SENT
DAR LETTER. AMY

**07/21/2015 12:21p User 1566 Loan 60**
Unit has been cleared for sale at
Manheim Phoenix and will run on
07/29/2015///jodee

**07/09/2015 11:37a User 1976 Loan 60**
Received green certified card back,
signed by Tyler.  Sending to scanning.

-Benson

**06/30/2015 10:45a User 1566 Loan 60**
SENDING TITLE TO THE AUCTION///JODEE

**06/24/2015 10:33a User 498  Loan 60**
gv title to jennifer.mb

**CONFIDENTIAL**                    **MACU 00342**

**06/16/2015   9:12a  User 1566   Loan 60**
PRINT OUT TO BRUCE TO GET TITLE///JODEE

**06/15/2015   4:13p  User 1976   Loan 60**
Unit at auction, waiting on title

-Benson

**06/02/2015   2:40p  User 1566   Loan 60**
rvcd invoice # 10312084-1 from allstae
recovery for $390.00 FOR REPO FESS. OK
TO PAY FRWD TO BRUCE SENDING OUT CERT
LTR///JODEE

**06/02/2015   2:39p  User 1566   Loan 60**
`Notice of Sale Of Collateral' letter.

**06/01/2015  11:55a  User 1976   Loan 60**
Member called in and wanted to redeem
without paying June pmnt until it's due
later this month.  Tld him I need the
full amount paid before we can release
the vehicle to him.  He told me that is
our loss.

-Benson

**06/01/2015  11:34a  User 1976   Loan 60**
Member called in and wanted to know
about getting unit back.  Gave him
redemption amount of $1,976.42.  This
includes repo fees, past due, + June
pmnt.  Let member know it needs to be
cerified funds.  Gave him addresses to
PHX branch locations.

-Benson

**06/01/2015  10:35a  User 459   Loan 60**
TYLER CALLED IN FROM ███████████ AND
LEFT VM THAT THE VAN WAS PICKED UP.
WANTS INFORMATION ON HOW TO GET IT BACK.
EMAILED JODEE/BENSON
AHAMMOND

**05/29/2015   2:34p  User 1976   Loan 60**
Assigned to Allstate Recovery

-Benson

**05/28/2015  11:51a  User 459   Loan 60**
L60 73 DQ
CALLED: ████████████, ID JESSICA, LM
EMAILED: ████████████

*RECOMMEND REPO*
6920 S 54TH LANE
LAVEEN, AZ 85339

WE HAVE TITLE
HASN'T PAID SINCE MARCH

AHAMMOND

**05/26/2015   9:07a  User 459   Loan 60**
L60 71 DDQ

**CONFIDENTIAL**

**MACU 00343**

CALLED: ███████████, ID JESSICA, LM
EMAILED: █████████████
AHAMMOND

CONFIDENTIAL

MACU 00344

Exhibit C to
Declaration of Catherine Bates

# FINANCIAL ASSISTANCE, INC.
## COLLECTION AGREEMENT

Date of Agreement: May 21, 2014

Assignor: Mountain America Credit Union

Location (s) of Assignments: _____, _____, _____ or Nation-Wide _X_

Report to Credit Bureaus: 60 days _X_, NA _____

Remittance %: 1st Assignments: 72%,     2nd Assignments: 60%,     Legal: 60%
Clarification: 2nd assignments are debts that have previously been assigned to another collection agency.

Settlement Authority: 50%   Other: _____

Method of Assignment:
  Electronic _X_          Programming Set-Up Fee: $_____0_____
  Pick up  _X_            Minimum Number of Assignments: __0_____
  Mail-in  _X_            Minimum Contract Duration: ___0_____ (yrs)

Confirmation of Assignments: Mail _X_, Email ____

Inventory Reporting
  Monthly _X_, Quarterly ____, Print-Out ____, Email ____, None _____

Cash Report: #19    Interest Rate: per contract

Willing to Litigate: _Y_ (Y/N)          Plaintiff: Assignor_____, FAI __X_

Collector's Primary Contact: Marta Bailey

Phone: 801-323-2353,      Email: mbailey@macu.com

It is understood that signature parties have the authority to act on behalf of their organization.

| Service Provider | Assignor |
|---|---|
| Financial Assistance, Inc. | Mountain America Credit Union |
| PO Box 7148 | 735 S. State St. 3rd Floor |
| Bellevue, WA 98008 | Salt Lake City, UT 84111 |
| 425-641-3235 (phone) | 801-323-2364 (phone) |
| 425-649-3588 (fax) | 801-328-8483 (fax) |
| jimfarr@faicollect.com (email) | wwoodruff@macu.com (email) |

Jim Farr                              Woody Woodruff
VP of Business Development            VP Asset Management/Collections

EXHIBIT
#1
woodruff
PENGAD 800-631-6989

Confidential Subject to Protective Order FA0001

THIS AGREEMENT is by and between Financial Assistance, Inc., ("FAI") and Mountain America Credit Union ("ASSIGNOR").

WHEREIN, IT IS AGREED AS FOLLOWS:

1. ASSIGNMENT: ASSIGNOR will assign to FAI accounts for collection. Confirmation of accounts received shall occur on a monthly basis. Assignment of this agreement to another person or company is prohibited without first receiving written approval from either party of this agreement.

2. REMITTANCE: Remittance to ASSIGNOR will be as noted on page 1, under Remittance Rate. All remittance shall be of the net principal, interest and collection charges collected on all accounts. FAI shall remit to ASSIGNOR on or about the 15th day of each month net collections (gross payment less collection fees) made through the end of the proceeding month. FAI will include a detailed statement of all payments. FAI shall reimburse ASSIGNOR for any amount that is lost due to inappropriate action or omission of FAI. Such acts or omissions may include but are not limited to:
   - Accepting a compromise settlement for less than the total amount due without ASSIGNOR'S authorization.
   - Acknowledging that a payment constitutes payment in full when, in fact, the loan is not paid in full.
   - Failing to update accounts resulting in a court judgment, which includes less than the amount due and payable. Note: exception is made if the court awards a lesser amount. In such a case, FAI shall supply a copy of the court document so that the balance can be adjusted.

   a. TRUST ACCOUNT: FAI will maintain a Trust Account in which all monies collected shall be deposited.
   b. DIRECT PAYMENTS: ASSIGNOR will notify FAI of all direct payments. FAI will invoice for any monies owing from payments received at ASSIGNORS at the close of the collection month.
   c. OVERPAYMENT: Any amounts received by FAI, which are in excess of that which is due and payable, are overpayment. FAI shall verify balances with ASSIGNOR and shall refund amounts due to debtors within 30 days. FAI is not entitled to a collection fee for overpayment and shall not retain any portion of an overpayment.
   d. RESPONSIBILITY FOR LOST FUNDS: FAI shall be responsible for the loss of any funds collected while the funds are in the custody of FAI. FAI shall promptly transmit ASSIGNOR'S portion of all funds collected regardless of any such loss.

3. SETTLEMENT: FAI shall not enter into compromise settlement of the TOTAL BALANCE (inclusive of principle, interest and/or collection cost) of less than the percentage specified on page 1 without prior approval from ASSIGNOR. In the event ASSIGNOR accepts a compromise settlement on an account, FAI shall be informed and will be paid commission on the amount collected. ASSIGNOR reserves the right to accept compromise settlements on any account assigned and commissions will be paid according to the remittance rate schedule.

Confidential Subject to Protective Order FA0002

4. LITIGATION: In the event litigation is necessary, FAI shall first obtain written approval from ASSIGNOR. FAI will advance all costs of litigation and upon recovery such costs expended by FAI, shall first be reimbursed. ASSIGNOR shall not be responsible for any costs incurred by FAI in the collection of accounts unless it becomes necessary to defend the debt. If a lawsuit is lost because the debt assigned by ASSIGNOR is invalid, ASSIGNOR shall reimburse FAI for costs incurred. ASSIGNOR agrees to provide necessary support documentation and/or witnesses as may be required. FAI will have the option to assign its plaintiff position to ASSIGNOR. If a debtor files an appeal of a judgment, FAI shall consult with ASSIGNOR to determine actions to be taken and allocations of expenses. In the event ASSIGNOR requests cancellation of an account in which suit is currently in process, ASSIGNOR agrees to reimburse FAI for all expenses. FAI will make every effort to collect amounts prior to making suit recommendations. FAI will conduct a reasonable asset/employment search to determine if a suit is justified and will initiate such action to obtain judgment if necessary to collect balances due.

5. DUE DILIGENCE. FAI will use thorough collection procedures required by ASSIGNOR including, but not limited to, normal contact efforts, skip tracing and asset searches.

6. RECORDS: FAI will maintain written records for the accounts assigned indicating date assigned, amount due, payments received, disbursements made, legal documents, court costs and final disposition. ASSIGNOR may audit records during normal working hours.

7. ACCIDENTIAL/IMPROPER ASSIGNMENT: ASSIGNOR represents that the amount due is valid and if proven otherwise, shall reimburse FAI for any expense incurred resulting from improper assignment. ASSIGNOR shall not knowingly turn accounts over for collection when the debtor is eligible for cancellation or deferment.

8. CORRESPONDENCE/MONIES: ASSIGNOR shall promptly forward to FAI all correspondence, inquiries and monies received pertaining to any assigned accounts.

9. COMPLIANCE WITH LAWS. FAI shall conduct its business in full compliance with the Fair Debt Collection Practices Act and all other applicable local, state, and federal laws and regulations pertaining to the collection of debts or recovery, and shall comply with all such laws and regulations in connection with any accounts assigned to it by ASSIGNOR for collection and/or recovery. FAI has and will maintain all applicable licenses required by state law or local government ordinances for the conduct of the services provided hereunder. FAI warrants that all services will be rendered using sound, professional practices and in a competent and professional manner by knowledgeable, trained and qualified personnel.

10. CONFIDENTIALITY:

a. Confidential Information means (a) "non-public personal information" of the "members" or "customers" of ASSIGNOR as those terms are defined in subtitle A of Title V of the Gramm-Leach-Bliley Act, 15 USC 6801-6809 and its implementing regulations (the "Act and Regulations"); (b) any information, in whatever form, when provided by one party (the "Disclosing Party") to the other party the "Receiving Party"); and (c) Computer-generated data of any sort.

Confidential Subject to Protective Order FA0003

b. FAI acknowledges and agrees that ASSIGNOR, as a financial institution, has an obligation under federal and state laws to maintain as confidential the "non-public personal information" and any other information it possesses relating to its members and customers. The location of any ASSIGNOR Confidential Information on FAI's server or on FAI's premises does not transfer any rights to ASSIGNOR's Confidential Information nor serve as ASSIGNOR's consent for FAI to use ASSIGNOR's Confidential Information in any manner not authorized by this Agreement. At any time, upon ASSIGNOR's notice to FAI, FAI will promptly return ASSIGNOR Confidential Information to ASSIGNOR in the manner instructed by ASSIGNOR.

c. Except for non-public personal information or any other information relating to the members or customers of ASSIGNOR, Confidential Information will not include information which (i) at or prior to the time of disclosure by the ASSIGNOR was known to the FAI through lawful means; (ii) at or after the time of disclosure by the ASSIGNOR becomes generally available to the public through no act or omission on FAI's part; (iii) is developed by the FAI independent of any Confidential Information it receives from the ASSIGNOR; or (iv) FAI receives from a third party free to make such disclosure without breach of any legal obligation.

d. Subject to the restrictions on the disclosure of non-public personal information and other information relating to the members or customers of ASSIGNOR, FAI may disclose Confidential Information pursuant to any statute, regulation, order, subpoena or document discovery request, provided that prior written notice of such disclosure is furnished to the ASSIGNOR as soon as practicable in order to afford the ASSIGNOR an opportunity to seek a protective order (it being agreed that if the ASSIGNOR is unable to obtain or does not seek a protective order and FAI is legally compelled to disclose such information, disclosure of such information may be made without liability.)

e. FAI acknowledges the confidential and propriety nature of the ASSIGNOR's Confidential Information and agrees that it shall not discuss, reveal, or disclose the ASSIGNOR's Confidential Information to any other Person, other than authorized employees, agents, affiliates, Third Party Providers as limited herein, or use any Confidential Information for any purpose other than as contemplated hereby, in each case, without the prior written consent of the ASSIGNOR, which may be withheld in the ASSIGNOR's sole discretion. FAI agrees to reasonable precautions (no less rigorous than FAI takes with respect to its own comparable Confidential Information) to prevent unauthorized or inadvertent disclosure of the Confidential Information of the ASSIGNOR. In the event that FAI wishes to disclose Confidential Information to one of its professional advisors for computer technology or services or to Third Party Providers for the purposes of upgrading or maintaining the service, it may do so only if that professional advisor or Third Party Provider agrees in writing to maintain the confidentiality obligations described in this Article IV.

f. FAI will, at the request of the ASSIGNOR, during the Term or thereafter (a) promptly return all Confidential Information held or used by the FAI in whatever form, or (b) at the discretion of the ASSIGNOR, promptly destroy all such Confidential Information, including all copies thereof, and those portions of all documents that incorporate such Confidential Information. In furtherance of the requirements of this Paragraph 4.6, FAI will obtain any such Confidential Information in the possession of Third Party Providers. The foregoing notwithstanding, nothing in this Paragraph 4.6 shall be

construed to require FAI to return or destroy information maintained by FAI pursuant to FAI's reasonable recordkeeping requirements, or as otherwise required to be maintained pursuant to applicable law or regulation, provided that such information shall be kept confidential and secure as provided herein.

g. In view of the difficulties of placing a monetary value on the Confidential Information, the ASSIGNOR may be entitled to a preliminary and final injunction without the necessity of posting any bond or undertaking in connection therewith to prevent further breach of this Section or further unauthorized use of its Confidential Information. This remedy is separate from any other remedy the ASSIGNOR may have.

h. FAI agrees to comply with the Guidelines for Safeguarding Member or Customer Information in the Gramm-Leach-Bliley Act (15 USC Sections 6801 and 6805(b)) and the NCUA Regulations (12 CFR Section 748) ("Guidelines"). FAI will implement commercially reasonable safeguards designed to meet the objectives of the Guidelines. Such safeguards shall be designed for the purpose of: (1) insuring the security of ASSIGNOR's records and information, (2) protecting against any anticipated threats or hazards to the security or integrity of such records and information; and (3) protecting against unauthorized access to or use of such records and information that would result in substantial harm or inconvenience to ASSIGNOR. FAI will provide physical security for ASSIGNOR's computer-stored files and programs located on FAI's server or in FAI's possession. At the request of ASSIGNOR, FAI shall provide review audits, summaries of test results or equivalent evaluations of its compliance with the Guidelines and the compliance of its service providers. FAI agrees to notify ASSIGNOR of a security breach of FAI's nonpublic personal information immediately or no later than 24 hours following discovery.

i. the parties agree to use the Confidential Information only for the purposes of fulfilling obligations under this Agreement. No rights or licenses to trade or service marks, inventions, copyrights, patents or other intellectual property rights are implied or granted under this Agreement except as otherwise expressly provided for in this Agreement. Each party shall use reasonable care to avoid unauthorized disclosure or use of the other party's Confidential Information and not less than the same degree of care as it uses to protect its own Confidential Information of similar sensitivity. It is agreed that access to all Confidential Information shall be limited to only such employees or agents who need to know such information for the purpose of fulfilling obligations under this Agreement and that each party shall be liable for any unauthorized disclosure of use of the other party's Confidential Information by any of its employees or agents to whom such Confidential Information is disclosed.

11. HOLD HARMLESS AGREEMENT: FAI does hereby release, indemnify and promise to defend and hold harmless ASSIGNOR from any and all liabilities, loss, damages, expense, activities and claim including cost and reasonable attorney fees incurred by ASSIGNOR in defense thereof, arising directly from acts and omissions of FAI and employees regarding files listed for collection. ASSIGNOR does hereby release, indemnify and promise to defend and hold harmless FAI from any and all liabilities, loss, damages, expense, activities and claim including cost and reasonable attorney fees incurred by FAI in defense thereof, arising directly from acts and omissions of ASSIGNOR and employees regarding files listed for collection.

12. COMPLAINTS and INQUIRIES. FAI will respond within a timely matter to all disputes, complaints and inquiries as required by the Fair Debt Collection Practices Act (FDCPA). Upon receipt of correspondence from an attorney or threat of litigation against ASSIGNOR, FAI will promptly notify ASSIGNOR.

13. DISASTER RECOVERY AND SECURITY POLICY: FAI operates with a strict Disaster and Security Policy in place. This policy provides detailed procedures and guidelines for confidentiality, security, data inscription and business continuity in the event of an emergency. FAI updates this policy on a regular basis. All or sections of this policy are available for our clients to review upon request

14. LAWS: The laws of the State of Washington shall govern the enforcement and interpretation of this agreement. The prevailing party in any action to enforce this agreement shall be entitled to all costs, reasonable attorney fees and court costs.

15. WRITTEN NOTIFICATION: It is mutually understood and agreed that no alteration or variation of the terms of the agreement shall be valid unless made in writing and signed by the parties hereto. The provisions of this agreement shall override any and all contrary and conflicting provisions contained in any past or present agreement. All notices or other documents that may be required to be given pursuant to this agreement shall be sent to the addresses as noted on page 1 of this agreement.

16. NO WAIVERS: No delay or failure of either party in exercising any right hereunder, and no partial or single exercise thereof shall be deemed to constitute a waiver of such right of any other right hereunder.

17. CANCELLATION: Either party may terminate this agreement upon giving the other party thirty (30) days written notice. Either party may terminate this Agreement immediately, without further obligation to the other party in the event of:

   a. Any breach of this Agreement by the other party, that is a curable breach and that is not remedied within thirty (30) days after notice of such breach in writing. Notices pursuant to this section will be delivered by facsimile and by mail with confirmation of receipt;

   b. Any breach of this Agreement by the other party that is not curable;

   c. A party making an assignment for the benefit of its creditors, the filing of a voluntary or involuntary petition under any bankruptcy or insolvency law that is not dismissed within thirty (30) days, under the reorganization or arrangement provisions of the United States Bankruptcy Code, or under the provisions of any law of like import in connection with the other party, or the appointment of a trustee or receiver for the other party or its property; or

   d. If a change in law comes into effect which renders illegal or impossible all or substantially all of the parties' obligations or rights under this Agreement, then the parties shall consult with each other in good faith and act reasonably and propose any lawful amendments to this Agreement to mitigate the effect of a change in law which are acceptable to both parties. The parties may determine to agree on an acceptable

outcome to both parties, failing which either party may terminate this Agreement by written notice to the other having immediate effect.

18. EFFECTIVE DATE: This agreement does not become operative until executed by all parties.

19. CLOSURE OF ACCOUNTS
   a. SUSPENSION OF ACTIVITY: FAI agrees to suspend collection activity on any account upon written notification by ASSIGNOR. Upon request, FAI shall return the account along with all records pertaining to account.
   b. PAYMENTS RECEIVED BY FAI AFTER CANCELLATION: All monies received for an account after the date of cancellation shall be returned in full to ASSIGNOR.
   c. RETURN OF ACCOUNTS: FAI agrees to deliver all records, notes, and other documents developed to the ASSIGNOR within 30 days of notice of termination. Should FAI fail or refuse to return an account, FAI shall be responsible for all costs and expenses incurred by ASSIGNOR in or out of court to obtain returned accounts.
   d. MAINTENANCE OF RECORDS: FAI shall maintain company records as they pertain to accounts. ASSIGNOR may audit at any time during normal business hours.

Confidential Subject to Protective Order FA0007

Exhibit D to
Declaration of Catherine Bates



A1                        A2
A2
A2
A2
A2
C1CHARGED OFF LOAN
D16026894448092484      E1

| TRADELINE BREAKDOWN | |
| --- | --- |
| Record Descriptor Word | 1048 |
| Identification # | ████ |
| Customer Account # | ████████████ |
| Account Type | 00 |
| Account Status | 97 |
| Update Indicator | 0 |
| Reserved | 000000000 |
| Terms Frequency | M |
| Terms | 084 |
| Transaction Type | 4 |
| Date Opened | 030613 |
| Date of Occurrence | 041515 |
| Date of Last Payment | 122215 |
| Highest Credit or Last Contract | 0028720 |
| Current Balance | 0013651 |
| Amount Past Due | 0000000 |
| Monthly Payment | 0000000 |
| Social Security Number | ████ |
| Speical Comments | |
| Reserved | |
| Zip Code | 85339 |
| Association Code | 1 |
| Cycle Identifier | |
| Customer Name | COOK TYLER D |
| Generation Code | |
| First Line of Address | ████ |
| Second Line of Address | |
| Extra Line of Address | |
| Country Code | |
| Residence Code | |
| Credit Limit | 0000000 |
| Portfolio Type | |

Reserved
Date Closed                              000000
Expanded Zip Code
Interest Type Indicator
Address Indicator
Reserved



000000625345684
TYLER D
LAVEEN,AZ
0000000  000000        A1
A1                        A2
A2
A2
A2
A2
C1CHARGED OFF LOAN
D16026894448092484    E1

| TRADELINE BREAKDOWN | | |
|---|---|---|
| Record Descriptor Word | 1048 | 4 1 to 4 |
| Identification # | | 7 5 to 11 |
| Customer Account # | | 17 12 to 28 |
| Account Type | 00 | 2 29 to 30 |
| Account Status | 97 | 2 31 to 32 |
| Update Indicator | 0 | 1    33 |
| Reserved | 000000000 | 9 34 to 42 |
| Terms Frequency | M | 1    43 |
| Terms | 084 | 3 44 to 46 |
| Transaction Type | 4 | 1    47 |
| Date Opened | 030613 | 6 48 to 53 |
| Date of Occurrence | 041515 | 6 54 to 59 |
| Date of Last Payment | 122215 | 6 60 to 65 |
| Highest Credit or Last Contract | 0028720 | 7 66 to 72 |
| Current Balance | 0013651 | 7 73 to 79 |
| Amount Past Due | 0000000 | 7 80 to 86 |
| Monthly Payment | 0000000 | 7 87 to 93 |
| Social Security Number | | 9 94 to 102 |
| Speical Comments | | 2 103 to 104 |
| Reserved | | 1    105 |
| Zip Code | 85339 | 6 106 to 111 |
| Association Code | 1 | 1    112 |
| Cycle Identifier | | 2 113 to 114 |
| Customer Name | COOK TYLER D | 32 115 to 146 |
| Generation Code | | 1    147 |
| First Line of Address | | 32 148 to 179 |
| Second Line of Address | | 32 180 to 211 |
| Extra Line of Address | | 30 212 to 241 |
| Country Code | | 2 242 to 243 |
| Residence Code | | 1    244 |
| Credit Limit | 0000000 | 7 245 to 251 |

| Portfolio Type | | 1 | 252 |
|---|---|---|---|
| Reserved | | 1 | 253 |
| Date Closed | 000000 | 6 | 254 to 259 |
| Expanded Zip Code | | 4 | 260 to 263 |
| Interest Type Indicator | | 1 | 264 |
| Address Indicator | | 1 | 265 |
| Reserved | | 7 | 266 to 272 |

███████████████████████

████████  85339 1  COOK TYLER D

█████████████████

0000000 000000      A1                    A1
A2
A2
A2
A2
A2
C1CHARGED OFF LOAN        D16026894448092484
E1

| TRADELINE BREAKDOWN | |
|---|---|
| Record Descriptor Word | 1048 |
| Identification # | ████████ |
| Customer Account # | ████████████████████ |
| Account Type | 00 |
| Account Status | 97 |
| Update Indicator | 0 |
| Reserved | 000000000 |
| Terms Frequency | M |
| Terms | 084 |
| Transaction Type | 4 |
| Date Opened | 030613 |
| Date of Occurrence | 041515 |
| Date of Last Payment | 122215 |
| Highest Credit or Last Contract | 0028720 |
| Current Balance | 0013651 |
| Amount Past Due | 0000000 |
| Monthly Payment | 0000000 |
| Social Security Number | ████████ |
| Speical Comments | |
| Reserved | |
| Zip Code | 85339 |
| Association Code | 1 |
| Cycle Identifier | |
| Customer Name | COOK TYLER D |
| Generation Code | |
| First Line of Address | |
| Second Line of Address | ████████ |
| Extra Line of Address | |
| Country Code | |
| Residence Code | |
| Credit Limit | 0000000 |
| Portfolio Type | |
| Reserved | |

Date Closed                                                 000000
Expanded Zip Code
Interest Type Indicator
Address Indicator
Reserved



COOK TYLER D
LAVEEN,AZ
0000000 000000      A1
A1                      A2
A2
A2
A2
A2
C1CHARGED OFF LOAN
D16026894448092484      E1

| TRADELINE BREAKDOWN | |
| --- | --- |
| Record Descriptor Word | 1048 |
| Identification # | |
| Customer Account # | |
| Account Type | 00 |
| Account Status | 97 |
| Update Indicator | 0 |
| Reserved | 000000000 |
| Terms Frequency | M |
| Terms | 084 |
| Transaction Type | 7 |
| Date Opened | 030613 |
| Date of Occurrence | 041515 |
| Date of Last Payment | 122215 |
| Highest Credit or Last Contract | 0028720 |
| Current Balance | 0013651 |
| Amount Past Due | 0000000 |
| Monthly Payment | 0000000 |
| Social Security Number | |
| Speical Comments | BK |
| Reserved | |
| Zip Code | 85339 |
| Association Code | 1 |
| Cycle Identifier | |
| Customer Name | COOK TYLER D |
| Generation Code | |
| First Line of Address | |
| Second Line of Address | |
| Extra Line of Address | |
| Country Code | |
| Residence Code | |
| Credit Limit | 0000000 |
| Portfolio Type | |

Reserved
Date Closed                          000000
Expanded Zip Code
Interest Type Indicator
Address Indicator
Reserved

██████████████████████████████████

85339 1  COOK TYLER D         ████████████
LAVEEN,AZ                        0000000  000000
A1                      A1                    A2
A2
A2
A2
A2
C1CHARGED OFF LOAN        D16026894448092484    E1

| TRADELINE BREAKDOWN | |
| --- | --- |
| Record Descriptor Word | 1048 |
| Identification # | ████████ |
| Customer Account # | ██████████████████ |
| Account Type | 00 |
| Account Status | 97 |
| Update Indicator | 0 |
| Reserved | 000000000 |
| Terms Frequency | M |
| Terms | 084 |
| Transaction Type | 4 |
| Date Opened | 030613 |
| Date of Occurrence | 041515 |
| Date of Last Payment | 122215 |
| Highest Credit or Last Contract | 0028720 |
| Current Balance | 0013651 |
| Amount Past Due | 0000000 |
| Monthly Payment | 0000000 |
| Social Security Number | ████████ |
| Speical Comments | BK |
| Reserved | |
| Zip Code | 85339 |
| Association Code | 1 |
| Cycle Identifier | |
| Customer Name | COOK TYLER D |
| Generation Code | |
| First Line of Address | ████████ |
| Second Line of Address | ████████ |
| Extra Line of Address | |
| Country Code | |
| Residence Code | |
| Credit Limit | 0000000 |
| Portfolio Type | |
| Reserved | |
| Date Closed | 000000 |
| Expanded Zip Code | |

Interest Type Indicator
Address Indicator
Reserved

1  COOK TYLER D
0000000  000000        A1                    A1
A2
A2
A2
A2
A2
C1CHARGED OFF LOAN        D16026894448092484    E1

| TRADELINE BREAKDOWN | |
| --- | --- |
| Record Descriptor Word | 1048 |
| Identification # | |
| Customer Account # | |
| Account Type | 00 |
| Account Status | 97 |
| Update Indicator | 0 |
| Reserved | 000000000 |
| Terms Frequency | M |
| Terms | 084 |
| Transaction Type | 4 |
| Date Opened | 030613 |
| Date of Occurrence | 041515 |
| Date of Last Payment | 122215 |
| Highest Credit or Last Contract | 0028720 |
| Current Balance | 0013651 |
| Amount Past Due | 0000000 |
| Monthly Payment | 0000000 |
| Social Security Number | |
| Speical Comments | BK |
| Reserved | |
| Zip Code | 85339 |
| Association Code | 1 |
| Cycle Identifier | |
| Customer Name | COOK TYLER D |
| Generation Code | |
| First Line of Address | |
| Second Line of Address | |
| Extra Line of Address | |
| Country Code | |
| Residence Code | |
| Credit Limit | 0000000 |
| Portfolio Type | |
| Reserved | |
| Date Closed | 000000 |
| Expanded Zip Code | |

Interest Type Indicator
Address Indicator
Reserved

2015          COOK          TYLER          D
6253456840924198460268944481  US██████████
LAVEEN      AZ85339    J1
J1                                          J1
J2
J2
J2
J2
J2
J2
J2
J2
K4          L1              N1PILOT
MGR

## TRADELINE BREAKDOWN

| | |
|---|---|
| Record Descriptor Word | 2556 |
| Processing Indicator | 1 |
| Time Stamp | 03012018043310 |
| Reserved | 0 |
| Identification # | ██████ |
| Cycle Identifier | |
| Account Number | ██████████ |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | BBBBBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 03012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |

Date of Last Payment                        12222015
Interest Type Indicator
Reserved
Surname                                     COOK
First Name                                  TYLER
Middle Name                                 D
Generation Code
SSN                                         
Date of Birth
Telephone Number
ECOA Code                                   1
Consumer Info Indicator
Country Code                                US
Address - Line 1                            
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

15        COOK          TYLER        D

J1                                        J1
J2
J2
J2
J2
K4              L1                  N1PILOT
MGR

## TRADELINE BREAKDOWN

| | |
|---|---|
| Record Descriptor Word | 1756 |
| Processing Indicator | 1 |
| Time Stamp | 04012018035456 |
| Reserved | 0 |
| Identification # | |
| Cycle Identifier | |
| Account Number | |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LBBBBBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 04012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |
| Date of Last Payment | 12222015 |
| Interest Type Indicator | |
| Reserved | |
| Surname | COOK |

First Name                              TYLER
Middle Name                             D
Generation Code
SSN                                     
Date of Birth
Telephone Number
ECOA Code                               1
Consumer Info Indicator
Country Code                            US
Address - Line 1                        
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

22015        COOK         TYLER        D

J1                                          J1
J2
J2
J2
J2
K4           L1                 N1PILOT
MGR

| TRADELINE BREAKDOWN | |
|---|---|
| Record Descriptor Word | 1756 |
| Processing Indicator | 1 |
| Time Stamp | 05012018040033 |
| Reserved | 0 |
| Identification # | |
| Cycle Identifier | |
| Account Number | |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LLBBBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 05012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |
| Date of Last Payment | 12222015 |
| Interest Type Indicator | |
| Reserved | |
| Surname | COOK |

First Name                              TYLER
Middle Name                             D
Generation Code
SSN                                     
Date of Birth
Telephone Number
ECOA Code                               1
Consumer Info Indicator
Country Code                            US
Address - Line 1                        
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

222015          COOK          TYLER          D

J1                                            J1
J2
J2
J2
J2
K4              L1                  N1PILOT
MGR

| TRADELINE BREAKDOWN | |
| --- | --- |
| Record Descriptor Word | 1756 |
| Processing Indicator | 1 |
| Time Stamp | 06012018035209 |
| Reserved | 0 |
| Identification # | |
| Cycle Identifier | |
| Account Number | |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LLLBBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 06012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |
| Date of Last Payment | 12222015 |
| Interest Type Indicator | |
| Reserved | |
| Surname | COOK |

First Name                          TYLER
Middle Name                         D
Generation Code
SSN                                 
Date of Birth
Telephone Number
ECOA Code                           1
Consumer Info Indicator
Country Code                        US
Address - Line 1                    
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

12222015          COOK          TYLER          D

J1                                             J1
J2
J2
J2
J2
J2
K4              L1                    N1PILOT
MGR

| TRADELINE BREAKDOWN | |
|---|---|
| Record Descriptor Word | 1956 |
| Processing Indicator | 1 |
| Time Stamp | 07012018034058 |
| Reserved | 0 |
| Identification # | |
| Cycle Identifier | |
| Account Number | |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LLLLBBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 07012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |
| Date of Last Payment | 12222015 |
| Interest Type Indicator | |

Reserved
Surname                              COOK
First Name                           TYLER
Middle Name                          D
Generation Code
SSN
Date of Birth                        
Telephone Number
ECOA Code                            1
Consumer Info Indicator
Country Code                         US
Address - Line 1                     
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

22015          COOK          TYLER          D

J1                                              J1
J2
J2
J2
J2
J2
K4              L1                   N1PILOT
MGR

## TRADELINE BREAKDOWN

| | |
|---|---|
| Record Descriptor Word | 1956 |
| Processing Indicator | 1 |
| Time Stamp | 08012018043739 |
| Reserved | 0 |
| Identification # | |
| Cycle Identifier | |
| Account Number | |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LLLLLBBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 08012018 |
| Date of 1st Delinquency | 04152015 |
| Date Closed | 00000000 |
| Date of Last Payment | 12222015 |
| Interest Type Indicator | |
| Reserved | |

Surname                         COOK
First Name                      TYLER
Middle Name                     D
Generation Code
SSN                             
Date of Birth
Telephone Number
ECOA Code                       1
Consumer Info Indicator
Country Code                    US
Address - Line 1
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code



0000000012222015          COOK          TYLER

J1
J1
J2
J2
J2
J2
J2
K4                L1
N1PILOT
MGR

| TRADELINE BREAKDOWN | |
|---|---|
| Record Descriptor Word | 1956 |
| Processing Indicator | 1 |
| Time Stamp | 09012018034943 |
| Reserved | 0 |
| Identification # | ███████ |
| Cycle Identifier | |
| Account Number | ███████████ |
| Portfolio Type | I |
| Account Type | 00 |
| Date Opened | 03062013 |
| Credit Limit | 000000000 |
| Highest Credit | 000028720 |
| Terms Duration | 084 |
| Terms Frequency | M |
| Scheduled Monthly Payment | 000000000 |
| Actual Payment Amount | 000000000 |
| Account Status | 97 |
| Payment Rating | |
| Payment History Profile | LLLLLLBBBBBBBBBBBBBBBBBBB |
| Special Comment | BK |
| Compliance Condition Code | |
| Current Balance | 000013651 |
| Amount Past Due | 000013651 |
| Original Charge-Off Amount | 000014115 |
| Date of Account Info | 09012018 |

Date of 1st Delinquency            04152015
Date Closed                        00000000
Date of Last Payment               12222015
Interest Type Indicator
Reserved
Surname                            COOK
First Name                         TYLER
Middle Name                        D
Generation Code
SSN                                
Date of Birth
Telephone Number
ECOA Code                          1
Consumer Info Indicator
Country Code                       US
Address - Line 1                   
Address - Line 2
City
State
Postal/Zip Code
Address Indicator
Residence Code

Exhibit E to
Declaration of Catherine Bates

| ACDV_Control_Number | Originator_Office_Code | Originator | Data Furnisher |
|---|---|---|---|
| *382534462006001 | 103 | TUN | Mountain America Credit Union |
| *1123519556002 | 1 | EXP | Mountain America Credit Union |
| *99997315036436018 | 9999 | EFX | Mountain America Credit Union |
| *382534462009002 | 103 | TUN | Mountain America Credit Union |
| *0051905947002 | 1 | EXP | Mountain America Credit Union |
| *99997343043968175 | 9999 | EFX | Mountain America Credit Union |
| *382534462013001 | 103 | TUN | Mountain America Credit Union |
| *99998012030437151 | 9999 | EFX | Mountain America Credit Union |
| *382534462018001 | 103 | TUN | Mountain America Credit Union |
| *99998052069617022 | 9999 | EFX | Mountain America Credit Union |

**CONFIDENTIAL**

MACU 00313

| Queue Name | Dispute Code | Response Code | Date Created | Date Received | Date_Responded |
|---|---|---|---|---|---|
| default1000732 | 105 | 1 | 11/6/2017 | 11/7/2017 | 11/7/2017 |
| default1000732 | 112 | 1 | 11/9/2017 | 11/10/2017 | 11/10/2017 |
| default1000732 | 112 | 1 | 11/12/2017 | 11/13/2017 | 11/13/2017 |
| default1000732 | 112 | 1 | 12/6/2017 | 12/12/2017 | 12/13/2017 |
| default1000732 | 112 | 1 | 12/13/2017 | 12/13/2017 | 12/14/2017 |
| default1000732 | 112 | 1 | 12/10/2017 | 12/11/2017 | 12/11/2017 |
| default1000732 | 112 | 23 | 1/10/2018 | 1/11/2018 | 1/11/2018 |
| default1000732 | 112 | 1 | 1/12/2018 | 1/12/2018 | 1/16/2018 |
| default1000732 | 40 | 23 | 2/21/2018 | 2/22/2018 | 2/27/2018 |
| default1000732 | 1 | 1 | 2/21/2018 | 2/22/2018 | 2/23/2018 |

**CONFIDENTIAL**            MACU 00314

| Response Due Date | User ID | Images | Consumer Zip Code | Consumer First Name |
|---|---|---|---|---|
| 11/30/2017 | CathyBates1 | 67011566 | 853396956 | TYLER |
| 11/26/2017 | CathyBates1 | 67229146 | 85339 | TYLER |
| 11/29/2017 | RCanizalez | 67393351 | 85339 | TYLER |
| 12/31/2017 | RCanizalez | 69245280 | 853396956 | TYLER |
| 12/29/2017 | RCanizalez | | 85339 | TYLER |
| 12/30/2017 | CathyBates1 | 69133056 | 85339 | TYLER |
| 2/4/2018 | CathyBates1 | 71100717 | 85339 | TYLER |
| 2/3/2018 | RCanizalez | 71235871 | 85339 | TYLER |
| 3/19/2018 | CathyBates1 | 73756493 | 85339 | TYLER |
| 3/14/2018 | CathyBates1 | 73734100 | 85339 | TYLER |

**CONFIDENTIAL**                    **MACU 00315**

| Middle Name | Last Name | Account Number | Subscriber Code | CC Sent - EFX | CC Sent - EXP |
|---|---|---|---|---|---|
| DENNIS | COOK | | 957T001 | | |
| DENNIS | COOK | | 7778030 | | |
| D | COOK | | 190FC00120 | | |
| DENNIS | COOK | | 957T001 | | |
| DENNIS | COOK | | 7778030 | | |
| D | COOK | | 190FC00120 | | |
| DENNIS | COOK | | 957T001 | Y | Y |
| D | COOK | | 190FC00120 | | |
| DENNIS | COOK | | 957T001 | Y | Y |
| D | COOK | | 190FC00120 | | |

**CONFIDENTIAL**

MACU 00316

| CC Sent - Inn | CC Sent - Tun |
|---|---|
| | |
| | |
| | |
| | |
| Y | |
| | |
| Y | |
| | |

**CONFIDENTIAL**          **MACU 00317**